THE WEST SHORE RAILROAD COMPANY, DEFENDANT IN ERROR, v. C. WILLIAM WENNER, PLAINTIFF IN ERROR.

Argued November 30, 1904—Decided March 6, 1905.

On error to the Supreme Court.

For the plaintiff in error, *John Griffin* (*Hudspeth & Porter,* on the brief).

For the defendant in error, *Vredenburgh, Wall & Van Winkle.*

PER CURIAM.

The questions of law involved in this case were all disposed of in the opinion of Mr. Justice Dixon when the case was formerly before us. 41 *Vroom* 233.

The evidence of King justified the finding of the trial judge that there was no consent to any assignment of the lease, or any sub-letting such as would prevent a forfeiture.

The judgment must therefore be affirmed.

*42 Vroom.*            West Shore R. R. Co. v. Wenner.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GAR-
RISON, FORT, GARRETSON, PITNEY, SWAYZE, BOGERT, VRE-
DENBURGH, VROOM, GREEN.   11.

*For reversal*—None.